FILED
CLERK, U.S. DISTRICT COURT

NOV 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE E. BOEWE, | ) | NO. ED CV 08-755-AG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DR. HILL, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: Oct 31, 2008.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE